# *Exhibit A*

State Court Documents



# Spartanburg County
# Seventh Judicial Circuit
# Public Index



[Spartanburg County Home Page](#) [South Carolina Judicial Department Home Page](#) [SC.GOV Home Page](#)

**Switch View**

## Mandisa Wynn VS Badcock Home Furniture & More Equifax Info Services, Llc

| Case Number: | 2025CP4201793 | Court Agency: | Common Pleas | Filed Date: | 04/18/2025 |
|---|---|---|---|---|---|
| Case Type: | Common Pleas | Case Sub Type: | Person Inj/Other 399 | File Type: | Mediator - Non Jury |
| Status: | Pending/ADR | Assigned Judge: | Clerk Of Court C P, G S, And Family Court | | |
| Disposition: | | Disposition Date: | | Disposition Judge: | |
| Original Source Doc: | | Original Case #: | | | |
| Judgment Number: | | Court Roster: | | | |

## Case Parties

Click the ⊗ icon to show associated parties.

| Name | Address | Race | Sex | Year Of Birth | Party Type | Party Status | Last Updated |
|---|---|---|---|---|---|---|---|
| Badcock Home Furniture & More Equifax Info Services, Llc | | | | | Defendant | | 04/18/2025 |
| ⊗ Wynn, Mandisa | Po Box 161632 Boiling Springs SC 29316 | | | | Plaintiff Pro Se | | 04/18/2025 |
| ⊗ Wynn, Mandisa | Po Box 161632 Boiling Springs SC 29316 | | | | Plaintiff | | 04/18/2025 |

## Actions

| Name | Description | Type | Motion Roster | Begin Date | Completion Date | Documents |
|---|---|---|---|---|---|---|
| Wynn, Mandisa | ADR/Alternative Dispute Resolution (Workflow) | Action | | 11/14/2025-13:23 | | |
| Wynn, Mandisa | Certificate of Service | Filing | | 04/25/2025-16:16 | | 📄 |
| Wynn, Mandisa | Summons & Complaint | Filing | | 04/18/2025-13:20 | | 📄 |

## Financials

### Summary

| Fine/Costs: | $150.00 | Total Paid for fine/costs: | $150.00 | Balance Due: | $0.00 |
|---|---|---|---|---|---|

| Costs | | | | |
|---|---|---|---|---|
| Description | Cost Code | Amount | Charge Action | Disbursed Amount |
| SCJD Filing Fee Proviso $50 / $25 | SCJDPV | $50.00 | | $50.00 |
| Civil Filing Fee State 56% | CVFFST | $56.00 | | $56.00 |
| Civil Filing Fee County 44%/100% | CVFFCN | $44.00 | | $44.00 |

| Payments | | | | |
|---|---|---|---|---|
| Payment Date | Receipt Number | Entered By | Transaction Type Code | Payment Amount |
| 04/18/2025 | 323985 | c42syates | PY | $150.00 |

**CMSWeb 7.2 © 2024 South Carolina Judicial Branch • All rights reserved**

**SOUTH CAROLINA JUDICIAL BRANCH**

STATE OF SOUTH CAROLINA
COUNTY OF Spartanburg

Mandisa Wynn,
Plaintiff(s)

v.

Badcock Home Furniture &more
Equifax Information Services LLC
Defendant(s)

IN THE COURT OF COMMON PLEAS

Civil Action Coversheet

Case No. 2025CP420793

Submitted By: Mandisa Wynn
Address: P.O Box 161632
Boiling Springs SC 29316

SC Bar Number: _____
Telephone #: _____
Fax #: _____
Other: _____
Email: _____

NOTE: The coversheet and information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is required for the use of the Clerk of Court for the purpose of docketing cases that are NOT E-Filed. It must be filled out completely, signed, and dated. A copy of this coversheet must be served on the defendant(s) along with the Summons and Complaint. **This form is NOT required to be filed in E-Filed Cases.**

## DOCKETING INFORMATION (Check all that apply)

*\*If Action is Judgment/Settlement do not complete*

☐ **JURY TRIAL** demanded in complaint.
☑ **NON-JURY TRIAL** demanded in complaint.
☐ This case is subject to **ARBITRATION** pursuant to the Court Annexed Alternative Dispute Resolution Rules.
☐ This case is subject to **MEDIATION** pursuant to the Court Annexed Alternative Dispute Resolution Rules.
☐ This case is exempt from ADR. (Certificate Attached)

Note: Frivolous civil proceedings may be subject to sanctions pursuant to SCRCP, Rule 11, and the South Carolina Frivolous Civil Proceedings Sanctions Act, S.C. Code Ann. §15-36-10 et. seq.

Submitting Party Signature: Mandisa Wynn
Date: 4/18/2025

SCCA 234 (Revised 11/2024)

STATE OF SOUTH CAROLINA, )　　IN THE COURT OF COMMON PLEAS
COUNTY OF Spartanburg )
)
Mandisa Wynn )　　SUMMONS
_____ )
Plaintiff, )
) FILE NO. 2025-CP-42-01793
vs. )
Badcock Home Furniture + More )
Equifax Information Services LLC )
_____ )
Defendant. )

TO THE DEFENDANT ABOVE-NAMED:

　　YOU ARE HEREBY SUMMONED and required to answer the complaint herein, a copy of which is herewith served upon you, and to serve a copy of your answer to this complaint upon the subscriber, at the address shown below, within thirty (30) days after service hereof, exclusive of the day of such service, and if you fail to answer the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

_____Spartanburg_____, South Carolina

Dated: 4/18/2025

_____Mandisa Wynn_____
Plaintiff/Attorney for Plaintiff

Address: P.O Box 161632 Boiling Springs SC 29316

SCCA 401 (5/02)

SOUTH CAROLINA
JUDICIAL BRANCH

## Nature of Action (Check one box below)

### Contracts
☐ Constructions (100)
☐ Debt Collection (110)
☐ General (130)
☐ Breach of Contract (140)
☐ Fraud/Bad Faith (150)
☐ Failure to Deliver/Warranty (160)
☐ Employment Discrim (170)
☐ Employment (180)
☐ Other (199)

### Torts- Professional Malpractice
☐ Dental Malpractice (200)
☐ Legal Malpractice (210)
☐ Medical Malpractice (220)
☐ Notice of Intent Case # _____
☐ Notice File. Med Mal (230)
☐ Other (299)

### Torts- Personal Injury
☐ Conversion (310)
☐ Motor Vehicle Accident (320)
☐ Premises Liability (330)
☐ Products Liability (340)
☐ Personal Injury (350)
☐ Wrongful Death (360)
☐ Assault/Battery (370)
☐ Slander/Libel (380)
☒ Other (399)

### Inmate Petitions
☐ PCR (500)
☐ Mandamus (520)
☐ Habeas Corpus (530)
☐ Other (599)

### Real Property
☐ Claim & Delivery (400)
☐ Condemnation (410)
☐ Foreclosure (420)
☐ Mechanic's Lien (430)
☐ Partition (440)
☐ Possession (450)
☐ Building Code Violation (460)
☐ Other (499)

### Judgments/Settlements
☐ Death Settlement (700)
☐ Foreign Judgment (710)
☐ Magistrate's Judgment (720)
☐ Minor Settlement (730)
☐ Transcript Judgment (740)
☐ Lis Pendens (750)
☐ Transfer of Structured Settlement Application Payment Rights (760)
☐ Confession of Judgment (770)
☐ Petition for Workers Compensation Settlement Approval (780)
☐ Incapacitated Adult Settlement (790)
☐ Other (799)

### Administrative Law/Relief
☐ Reinstate Driver's License (800)
☐ Judicial Review (810)
☐ Relief (820)
☐ Permanent Injunction (830)
☐ Forfeiture- Petition (840)
☐ Forfeiture- Consent Order (850)
☐ Other (899)

### Special/Complex/Other
☐ Environmental (600)
☐ Automobile Arb. (610)
☐ Medical (620)
☐ Pharmaceuticals (630)
☐ Unfair Trade Practices (640)
☐ Out of State Depositions (650)
☐ Motion to Quash Subpoena in an Out of County Action (660)
☐ Pre-Suit Discovery (670)
☐ Permanent Restraining Order (680)
☐ Interpleader (690)
☐ Other (699)

### Appeals
☐ Arbitration (900)
☐ Magistrate- Civil (910)
☐ Magistrate- Criminal (920)
☐ Municipal (930)
☐ Probate Court (940)
☐ SCDOT (950)
☐ Worker's Comp (960)
☐ Zoning Board (970)
☐ Public Service Comm. (990)
☐ Employment Service Comm. (991)
☐ Other (999)

SCCA 234 (Revised 11/2024)

STATE OF SOUTH CAROLINA
COUNTY OF SPARTANBURG
IN THE COURT OF COMMON PLEAS

2025CP4201793

Mandisa Wynn,
Plaintiff,

vs.

1. Badcock Home Furniture & More
2. Equifax Information Services, LLC
Defendants.

**COMPLAINT FOR DAMAGES (FCRA VIOLATIONS)**

COMES NOW, the Plaintiff, Mandisa Wynn, and brings this action against the Defendants for violations of the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681 et seq., and alleges as follows:

**PARTIES**
1. Plaintiff Mandisa Wynn is a natural person residing in Spartanburg County, South Carolina.
2. Defendant Badcock Home Furniture & More is a furnisher of credit information doing business in the State of South Carolina.
3. Defendant Equifax Information Services, LLC is a nationwide consumer reporting agency operating in South Carolina.

**JURISDICTION & VENUE**
4. This Court has jurisdiction pursuant to S.C. Code Ann. § 15-7-30 and the Fair Credit Reporting Act.
5. Venue is proper in Spartanburg County as the Plaintiff resides there and the claims arose in this jurisdiction.

**FACTUAL ALLEGATIONS**
6. Plaintiff has disputed inaccurate information being reported on her credit report by Badcock Home Furniture for several months.
7. Despite multiple verbal and written requests, Badcock failed to remove derogatory information from Plaintiff's Equifax credit report.
8. Badcock verbally confirmed the information would be removed but continued to report negative items.
9. Equifax has refused to remove outdated and unverifiable information despite receiving verified identification and dispute submissions from the Plaintiff.
10. Equifax has failed to maintain reasonable procedures to assure maximum possible accuracy of Plaintiff's consumer report.

11. Plaintiff has been denied credit due to the inaccurate reporting and has suffered emotional distress, loss of credit opportunity, and frustration.

**CLAIMS FOR RELIEF**

**COUNT I: VIOLATION OF FCRA BY BADCOCK HOME FURNITURE**
12. Plaintiff incorporates paragraphs 1 through 11.
13. Badcock willfully and/or negligently violated FCRA § 623 by continuing to report inaccurate information after receiving notice of dispute.
14. Plaintiff is entitled to actual damages, statutory damages, and punitive damages pursuant to 15 U.S.C. § 1681n and/or § 1681o.

**COUNT II: VIOLATION OF FCRA BY EQUIFAX**
15. Plaintiff incorporates paragraphs 1 through 11.
16. Equifax willfully and/or negligently violated FCRA § 607(b) and § 611 by failing to assure maximum possible accuracy and to correct/remove disputed inaccuracies.
17. Plaintiff is entitled to actual damages, statutory damages, and punitive damages pursuant to 15 U.S.C. § 1681n and/or § 1681o.

**PRAYER FOR RELIEF**
WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in Plaintiff's favor and award the following relief:
- Actual damages in excess of $10,000;
- Statutory damages under 15 U.S.C. § 1681n and/or § 1681o;
- Punitive damages for willful noncompliance with the FCRA;
- Costs of this action;
- Such other and further relief as this Court deems just and proper.

Respectfully submitted,

*Mandisa Wynn*
Mandisa Wynn
Plaintiff, Pro Se
PO Box 161632
Boiling Springs, SC 29316
(864) 816-5036
mandisa2089@gmail.com

ndisa Wynn
BOX 161632
iling Springs, SC 29316

9589 0710 5270 0046 9046 28


Retail
30309
RDC 99

U.S. POSTA
FCM LG EN
BOILING SP
APR 21, 202
$1.77
S2324D502


Retail
30309
RDC 99

U.S. POSTAGE PAID
FCM LG ENV
BOILING SPRINGS, SC 29316
APR 21, 2025
$4.85
S2324D502759-21

Equifax Information Services LLC
Equifax Legal Department
1550 Peachtree Street NW
Atlanta, GA 30309