# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| MANDISA WYNN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BADCOCK HOME FURNITURE & MORE and EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　Defendants. | Case No. 7:25-cv-04548-TMC-KFM<br><br>NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES LLC ONLY |

　　　COMES NOW, Defendant Equifax Information Services LLC ("Equifax"), and hereby notifies the Court that *pro se* Plaintiff Mandisa Wynn and Equifax have reached a settlement in principle as to Plaintiff's allegations against Equifax and are in the process of consummating the terms of the settlement agreement and filing a dismissal with prejudice as to Defendant Equifax. Equifax requests that the Court vacate all pending deadlines in this matter as to Equifax only. Equifax also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

　　　Attached hereto as **Exhibit A** is the Notice of Settlement filed by Plaintiff on June 2, 2025 in the State Court action that this matter was removed from on May 27, 2025.

318210809v.1

- 2 -

DATED:  June 4, 2025

Respectfully submitted,

WYCHE, P.A.


By:  */s/ Rita Bolt Barker*
Rita Bolt Barker (Fed. ID No. 10566)
WYCHE, P.A.
200 East Broad Street, Suite 400
Greenville, South Carolina 29601
Telephone: (864) 242-8235
Facsimile:  (864) 235-8900
Email: rbarker@wyche.com


***Counsel for Defendant***
***Equifax Information Services LLC***

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2025, I presented the foregoing **NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES LLC ONLY** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. A copy has also been sent via U.S. Mail to the following:

>Mandisa Wynn
>P.O. Box 161632
>Boiling Spring, SC 29316

>*/s/ Rita Bolt Barker*
>Rita Bolt Barker
>***Counsel for Defendant***
>***Equifax Information Services LLC***

318210809v.1